UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRANKLIN SMITH** : | |
| : | Civil Action No. 08-1937 (JLL) |
| : | |
| **Plaintiff(s),** : | ORDER |
| v. : | |
| : | |
| **PARAMOUNT RECOVERY SYSTEMS** : | |
| : | |
| **Defendant(s).** : | |

**IT IS** on this 3rd day of April, 2009

**ORDERED** that, by April 13, 2009, the parties shall report to the Court in writing as to the status of the settlement of this matter.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**